**Electronically Filed
Supreme Court
SCWC-25-0000393
12-MAY-2026
12:57 PM
Dkt. 11 ODAC**

SCWC—25-0000393

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

GIBRAN K. COPELAND,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000393; CASE NO. 1CPC-24-0001172)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Kawashima, assigned by reason of vacancy)

Petitioner Gibran K. Copeland's Application for Writ of

Certiorari, filed on March 17, 2026, is hereby rejected.

DATED: Honolulu, Hawai'i, May 12, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ James S. Kawashima